# EXHIBIT "1"

# EXHIBIT "1"



Moran Brandon
Bendavid Moran
ATTORNEYS AT LAW

630 South 4th Street
Las Vegas, Nevada 89101
Phone:(702) 384-8424
Fax: (702) 384-6568

18-086420

| Secretary of State<br>Statement of Information<br>(California Stock, Agricultural Cooperative and Foreign Corporations) | SI-550<br>146 | |
|---|---|---|

**IMPORTANT** — Read instructions **before** completing this form.

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**FILED**
Secretary of State
State of California

**OCT 22 2018**

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

PNS Stores, Inc

*This Space For Office Use Only*

**2. 7-Digit Secretary of State File Number**

C 0636909

**3. Business Addresses**

| a Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4900 E Dublin Granville Rd | Columbus | OH | 43081 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| Tax Dept 4900 E Dublin Granville Rd | Columbus | OH | 43081 |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 2710 Gateway Oaks Dr #150N | Sacramento | CA | 95833 |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ Pres | First Name Bruce | Middle Name | Last Name Thorn | Suffix |
|---|---|---|---|---|
| Address 4900 E Dublin Granville Rd | | | City Columbus | State OH | Zip Code 43081 |
| b. Secretary | First Name Ronald | Middle Name | Last Name Robins | Suffix |
| Address 4900 E Dublin Granville Rd | | | City Columbus | State OH | Zip Code 43081 |
| c. Chief Financial Officer/ | First Name Timothy | Middle Name | Last Name Johnson | Suffix |
| Address 4900 E Dublin Granville Rd | | | City Columbus | State OH | Zip Code 43081 |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name Bruce | Middle Name | Last Name Thorn | Suffix |
|---|---|---|---|
| Address 4900 E Dublin Granville Rd | | City Columbus | State OH | Zip Code 43081 |

b. Number of Vacancies on the Board of Directors, if any  0

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

C1592199
Corporation Service Company Which Will do Business in California as CSC-Lawyers Incorporating Service

**7. Type of Business**

Describe the type of business or services of the Corporation
Retail Variety Store

**8.** The information contained herein, including in any attachments, is true and correct.

| 10/18/18 | Laura Staten | Sr-Store License Coordinator | Laura Staten |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be